USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RANGE, Jr.,

            Plaintiff,

    -v-                                            19-cv-3598 (LJL)

122 SPRING GREEN, INC., et al.,              ORDER

            Defendants.

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

It is hereby ORDERED that defendants answer or otherwise respond to the Complaint no later than April 10, 2020. Before that date, Defendant is ORDERED to turn over a copy of the lease that Plaintiff has requested.

No later May 1, 2020, Parties are ORDERED to submit a case management plan for the progress of this case, which should include a schedule for initial disclosures and an examination of the property at issue (a template case management plan can be found on my webpage). All other discovery be STAYED until May 1, 2020.

SO ORDERED. Dated:

    March 30, 2020
    New York, New York                            _____
                                                             LEWIS J. LIMAN
                                                             United States District Judge