```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
RANGE, Jr.,                                                        :
                                                                   :
                            Plaintiff,                             :
                                                                   :         19-cv-3598 (LJL)
          -v-                                                      :
                                                                   :         ORDER
122 SPRING GREEN, INC. et al,                                      :
                                                                   :
                            Defendant.                             :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2020

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of Defendants' joint letter motion to stay the case until June 30, 2020 (Dkt No. 41), Plaintiff's proposed case management plan (Dkt. No. 42), and Defendant John Varvatos Enterprises, Inc.'s notification bankruptcy (Dkt. No. 43). Having considered the foregoing, it is ORDERED that the case is stayed as to all parties until June 15, 2020. On or before June 15, 2020, the parties shall file 1) a joint status letter to the Court that includes an update as to the status of each party in the case, the status of discovery, and Plaintiff's intention with respect to the claim against John Varvatos Enterprise, Inc., and 2) an updated proposed case management plan. If the parties cannot agree on a case management plan, each party shall file a separate proposed case management plan.

SO ORDERED.

Dated: May 12, 2020
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge